UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| DAVID RICHARD SCHNEIDER, | |
| Petitioner, | Civil Action No. 16-77 |
| v. | ORDER |
| MICHAEL D. OVERMYER, *et al.*, | |
| Respondents. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation [Doc. No. 15].

(2) Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 3] is **DENIED**.

(3) A certificate of appealability is **DENIED**.

(4) This case is **CLOSED**.

(5) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED this 24th day of April, 2017.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE